IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


JAMES E. McCOY,                              )
               Plaintiff          )
                               )
      vs.                                   )         Civil Action No. 07-515
                               )         Judge Nora Barry Fischer/
JEFFREY BEARD, Commissioner of               )         Magistrate Judge Amy Reynolds Hay
Corrections; GERALD ROZUM,                   )
Superintendent S.C.I. Somerset; PRISON       )
HEALTH SERVICES; DR. R. McGRAPH, )
Physician at S.C.I. Somerset; E. SIMKINS,  )
Physicians Assistant at S.C.I. Somerset;     )
Individually and in their Official capacities,  )
               Defendants      )

## **ORDER**


AND NOW, this 12th day of <u>August</u>, 2008, after the Plaintiff, James E.  McCoy,

filed an action in the above-captioned case,  and after Defendants filed Motions to Dismiss, and

after a Report and Recommendation was filed by the United States Magistrate Judge giving the

partied until July 28, 2008  to file written objections thereto, and no objections having been filed,

and upon independent review of the record, and upon consideration of the Magistrate Judge's

Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the motion to dismiss filed by the DOC

Defendants, Dkt. [67], is granted.

IT IS FURTHER ORDERED that the motion to dismiss by the Medical

Defendants, Dkt. [70], is denied.


IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules

of Appellate Procedure, if the parties desire to appeal from this Order they must do so within

thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.


                                                s/Nora Barry Fischer
                                                NORA BARRY FISCHER
                                                United States District Judge


cc:      Honorable Amy Reynolds Hay
         United States Magistrate Judge

         James E. McCoy
         HG--2351
         S.C.I. at Somerset
         1600 Walters Mill Road
         Somerset, PA 15510

         Robert A. Willig
         Office of Attorney General
         564 Forbes Avenue
         Manor Complex, 6th Floor
         Pittsburgh, PA 15219

         Alan S. Gold, Esq.
         GOLD & ROBINS
         The Pavilion
         261 Old York Road
         Suite 526
         Jenkintown, PA 19046